IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00822-BNB

RICHARD LEWIS BELL SR.,

    Plaintiff,

v.

FRED McKEE, Delta County Sheriff,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Richard Lewis Bell Sr. currently is detained at the Delta County Jail in Delta, Colorado. On April 6, 2009, Mr. Bell submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which Magistrate Judge Boyd N. Boland granted on May 8, 2009.

The May 8, 2009, Order requires Mr. Bell to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $13.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Bell that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Bell now has failed either to pay the initial partial filing fee within the time allowed, as designated in the May 8, 2009, Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Bell's failure either to pay an initial partial filing fee of $13.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this 17 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00822-BNB

Richard Lewis Bell, Sr.
Prisoner No. 007463
9447-2210 LN
Austin, CO 81410

Richard Lewis Bell, Sr.
Delta County Jail
P.O. Box 172 - Unit D5
Delta, CO 81416

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/18/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk